IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NHELTA KAYREN                         * | |
|        Plaintiff, | |
| v.                                                       * | CIVIL ACTION NO.  RWT-10-3057 |
| PROFESSIONAL RECOVERY      * | |
|   CONSULTANTS, INC. | |
|        Defendant.            * | |
|                                            ***  | |

**O R D E R**

On November 8, 2010, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was denied without prejudice and she was granted an additional twenty-one days to remit the full civil filing fee [ECF No. 3].  As of the date of this Order, this fee has not been received.  Therefore, this counseled case shall be dismissed without prejudice.

It is so ORDERED this 3rd day of December, 2010.

                                                                    /s/
                                          ROGER W. TITUS
                                   UNITED STATES DISTRICT JUDGE